**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

J & J SPORTS PRODUCTIONS, INC.,      :
     :
         Plaintiff,      :      Civil Action No.:      09-1534 (RMU)
     :
         v.      :
     :
2001 11TH STREET, LLC *et al.*,      :
     :
         Defendants.      :

## <u>MEMORANDUM OPINION</u>

### DISMISSING THE CASE WITHOUT PREJUDICE FOR LACK OF JURISDICTION

The plaintiff filed suit on August 14, 2009, alleging that the defendants unlawfully intercepted its live broadcast of a championship boxing match. *See generally* Compl. On January 4, 2011, the court ordered the plaintiff to show cause on or before January 11, 2011 why the case should not be dismissed for failure to comply with the service requirements articulated in Federal Rule of Civil Procedure 4(l) and (m). Minute Order (Jan. 4, 2011). The plaintiff has failed to respond to the court's order.

A plaintiff must provide the court with proof that the summons and complaint was served on the defendant within 120 days of the filing of the complaint. FED. R. CIV. P. 4(l), (m). "Proof must be by the server's affidavit." *Id*. 4(l). If the plaintiff does not serve the defendant within the prescribed period, the court lacks personal jurisdiction over the defendant and may, upon providing notice to the plaintiff, dismiss the action without prejudice. *Id*. 4(m).

Here, the plaintiff has not provided the court with proof of service and has not responded to the court's show cause order. Accordingly, the court dismisses the case without prejudice based on the plaintiff's failure to comply with Federal Rule of Civil Procedure 4(l) and (m). An

Order consistent with this Memorandum Opinion is separately and contemporaneously issued this 24th day of January 2011.

RICARDO M. URBINA<br>United States District Judge